# Court of Appeals
# of the State of Georgia

ATLANTA, April 01, 2019

*The Court of Appeals hereby passes the following order*

**A19I0195. LAZ PARKING/GEORGIA, LLC v. ANDREA E. OGLESBY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18EV002326



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, April 01, 2019.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*